IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

**MILLON R. CLEMENTS,**

    Plaintiff,

v.

**NORFOLK SOUTHERN RAILWAY COMPANY**,

    Defendant.

Civil Action No. 5:11-CV-322 (HL)

**ORDER**

On February 15, 2013, the Court held a hearing to discuss Defendant's Objections to the Testimony of Roy P. Baker, M.D. (Doc. 52). After hearing from the parties, the Court excludes Dr. Baker's testimony as to causation. His testimony regarding his treatment of Plaintiff will be allowed. The parties are ordered to confer as to the proper edits to Dr. Baker's deposition prior to the start of the trial on February 19, 2013.

**SO ORDERED**, this the 15th day of February, 2013.

        *s/ Hugh Lawson*
        **HUGH LAWSON, SENIOR JUDGE**

mbh