IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

**MILLON R. CLEMENTS,**

    Plaintiff,

v.

**NORFOLK SOUTHERN RAILWAY COMPANY**,

    Defendant.

Civil Action No. 5:11-CV-322 (HL)

## FINAL JUDGMENT

The trial of Plaintiff's claims under the Federal Employers' Liability Act began on February 19, 2013 before a duly impaneled and qualified jury of twelve. Having heard the evidence, on February 21, 2013, the jury rendered its verdict in favor of Plaintiff as to his claims for negligence, finding Plaintiff's total damages to be in the amount of $598,261, with Defendant's negligence being found to have contributed 10% to Plaintiff's damages and Plaintiff's negligence being found to have contributed 90% to the damages.

Therefore, judgment in favor of Plaintiff against Defendant in the amount of $59,826.10 is hereby entered. The amount shall accrue interest from the date of entry of judgment at the rate of 0.15% per annum until paid in full. Plaintiff shall also recover costs of this action.

This the 26th day of March, 2013.

*s/ Hugh Lawson*
mbh                                          **HUGH LAWSON, SENIOR JUDGE**